[No. 16334-5-I.   Division One.   July 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE EUGENE LONG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-03686-5, Arthur E. Piehler, J., entered April 14, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 14567-3-I.   Division One.   July 28, 1986.]

KEVIN R. HUGGETT, *Appellant,* v. VALLEYLAB, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-06295-2, Lloyd W. Bever, J., entered March 8, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.

[No. 14953-9-I.   Division One.   July 28, 1986.]

ELIENE H. WILLIAMS, *Appellant,* v. PACIFIC WOOD PRODUCTS COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-03252-9, Frank J. Eberharter, J., entered May 31, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Cole and Schumacher, JJ. Pro Tem.